IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIOLET P. BLANDINA, on behalf of herself and all others similarly situated<br>*Plaintiff* | :  CIVIL ACTION<br>:<br>:  NO. 13-1179<br>: |
| v. | : |
| MIDLAND FUNDING, LLC, *et al.*<br>*Defendants* | :<br>:<br>: |

## ORDER

AND NOW, this 5th day of December 2014, upon consideration of Defendants' *motion for summary judgment*, [ECF 41], Plaintiff's opposition thereto, [ECF 48], Defendants' reply, [ECF 51], and Plaintiff's notice of supplemental authority, [ECF 53], it is hereby **ORDERED** that Defendants' motion for summary judgment is **DENIED**.[1]

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] By Order of this Court dated December 4, 2014, [ECF 54], this Court granted Plaintiff's motion for summary judgment as to her claims under the Fair Debt Collection Practices Act ("FDCPA") against Defendant Midland Credit Management, Inc. ("MCM"), and denied Plaintiff's motion as to her FDCPA claims against Defendant Midland Funding, LLC. ("MF"). The basis for the denial of Plaintiff's motion is the existence of disputed issues of material fact regarding whether MF engaged in any acts and/or omissions in violation of the FDCPA, and/or exerted any/or sufficient control over MCM to be vicariously liable for MCM's conduct. For the reasons set forth in the footnote opinion in said Order which are herein incorporated, Defendants' motion for summary judgment is denied.