IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIOLET P. BLANDINA, on behalf of herself and all others similarly situated,<br>          *Plaintiff* | : | CIVIL ACTION |
| | : | NO. 13-1179 |
| v. | : | |
| MIDLAND FUNDING, LLC, *et al.*<br>          *Defendants* | : | |

# ORDER

**AND NOW,** this 23rd day of December 2014, upon consideration of the *motion for class certification* filed by Plaintiff Violet P. Blandina pursuant to Federal Rule of Civil Procedure 23, [ECF 36], Defendants' opposition thereto, [ECF 39], Plaintiff's reply, [ECF 46], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. This action is hereby certified as a class action pursuant to Federal Rule of Civil Procedure 23, on behalf of the following class:

> All consumers in the Commonwealth of Pennsylvania to whom, from March 5, 2012, and continuing through the resolution of this action, Defendants sent a letter substantially in the form attached to the Amended Complaint as Exhibit A, in an attempt to collect a consumer debt allegedly owed to Verizon Pennsylvania, Inc.

It is further **ORDERED** that Plaintiff Violet P. Blandina is hereby designated as the representative of the class, and the law firms of Francis & Mailman, P.C., and Sabatini Law Firm, LLC, shall serve as class counsel. Plaintiff shall submit to the Court a proposed form of notice to the Class within thirty (30) days following entry of this Order.

BY THE COURT:

*/s/ signature/*
NITZA I. QUIÑONES ALEJANDRO, J.