IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIOLET P. BLANDINA, on behalf of herself and all others similarly situated<br>*Plaintiff* | : : : : | CIVIL ACTION<br><br>NO. 13-1179 |
| v. | : : | |
| MIDLAND FUNDING, LLC, *et al.*<br>*Defendants* | : : | |

## ORDER

**AND NOW,** this 2nd day of February 2015, upon consideration of the *motion in limine to determine available statutory damages* filed by Defendants Midland Funding, LLC, and Midland Credit Management, Inc., [ECF 42], Plaintiff's opposition thereto, [ECF 49], and Defendants' reply, [ECF 50], it is hereby **ORDERED** that the motion is **GRANTED,** and consistent with this Court's Memorandum Opinion of this date, the total maximum statutory damages potentially awardable to the certified class in this action is $500,000.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.