UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIOLET P. BLANDINA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC,<br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>Defendants. | CLASS ACTION<br><br>C. A. No. 13-1179 |

## ORDER

AND NOW, this 22nd day of June, 2015, upon consideration of the parties' Joint Status Report, and good cause appearing, it is hereby ORDERED that Plaintiff's Motion for Preliminary Approval of Notice and Class Action Settlement shall be filed no later than July 24, 2015.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, U.S.D.J.