IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIOLET P. BLANDINA, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>           Defendants. | Civil Action No.<br><br>2:13-cv-01179-NIQA |

**ORDER**

AND NOW, this 24th day of July, 2015, upon consideration of Defendants, Midland Funding, LLC and Midland Credit Management, Inc.'s consent Motion for an Extension of Time for the Submission of the Motion for Preliminary Approval of the Class Settlement, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and that the deadline for filing the Motion for Preliminary Approval is **August 7, 2015**.

BY THE COURT:

_____
Honorable Nitza I. Quiñones Alejandro
United States District Judge

1