IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIOLET P. BLANDINA, on behalf of herself and all others similarly situated<br>*Plaintiff* | : : : : | CIVIL ACTION<br><br>NO. 13-1179 |
| v. | : : | |
| MIDLAND FUNDING, LLC, *et al.*<br>*Defendants* | : : | |

## ORDER

**AND NOW**, this 12th day of August 2015, upon consideration of the parties' August 7, 2015 letter request for an extension of time for the submission of the motion for preliminary approval of the class settlement, it is hereby **ORDERED** that the request is **GRANTED** and the deadline for filing the motion for preliminary approval is August 21, 2015.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.