UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIOLET P. BLANDINA,<br>on behalf of herself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, and<br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>    Defendants. | C.A. No. 13-1179<br><br><br>CLASS ACTION |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS

Pursuant to Fed. R. Civ. P. 23(c), and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiff Violet P. Blandina moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Approval Order and Plaintiff's request for approval of agreed-upon fees and costs.   Defendants do not contest the requested relief.

             Respectfully submitted,

Date: August 21, 2015     *s/ David A. Searles*
             FRANCIS & MAILMAN, P.C.
             James A. Francis
             David A. Searles
             100 South Broad Street, 19th Floor
             Philadelphia, PA 19110
             (215) 735-8600

             SABATINI LAW FIRM, LLC
             Carlo Sabatini
             216 N. Blakely St.
             Dunmore, PA 18512
             (570) 341-9000

             *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the date below, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: August 21, 2015

               */s/ David A. Searles*
               David A. Searles